**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Masters Place Condominiums Property Owners Association, Inc.,<br><br>Debtor. | Case No.: 26-10313 TBM<br>Chapter 11 (Subchapter V) |
| Masters Place Condominiums Property Owners Association, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Those Parties Listed on Exhibit A to the Complaint,[1]<br><br>Defendants. | Adv. No.: |

**COMPLAINT TO AUTHORIZE SALE OF DEBTOR AND NON-DEBTOR CO-OWNERS' INTERESTS IN REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(h)**

Plaintiff, Masters Place Condominiums Property Owners Association, Inc. (the "Plaintiff," "Association," or "Debtor"), files this *Complaint to Authorize Sale of Debtor and Non-Debtor Co-Owners' Interests in Real Property Pursuant to 11 U.S.C. § 363(h)* (the "Complaint") seeking relief pursuant to 11 U.S.C. § 363(h) against the defendants listed on **Exhibit A** to this Complaint and incorporated herein by reference (collectively, the "Defendants" or "Owners"). In support of the Complaint, Plaintiff states and alleges as follows:

1 A full list of all named Defendants is attached as Exhibit A to the Complaint as filed with the Court. A full list of all named Defendants can also be found at the following link: https://omniagentsolutions.com/MastersPlace-AP-Defendants. If a Defendant is a party to more than one contract, the Defendant's name may appear on Exhibit A more than once.

## PRELIMINARY STATEMENT

The Association is filing this Complaint seeking authority to sell the Property, which is described and defined below, including the interests of the Association and the Defendants in the Property. The Association is ***not*** seeking monetary judgment against any of the Defendants in this Complaint. Rather, the Association anticipates that each Defendant, subject to any setoff for amounts due to the Association and confirmation of their ownership interest, will ultimately receive money from the sale of the Property.

## THE PARTIES

1. The Association is a nonprofit corporation organized under the laws of the State of Colorado pursuant to Articles of Incorporation filed with the Secretary of State of the State of Colorado on March 14, 1989 in Book 246 at Page 96 et seq. (the "Articles of Incorporation"). Pursuant to the Articles of Incorporation, the Association was organized, "*[t]o own, operate, manage, lease, maintain, repair, and generally administer the affairs of the property and improvements located within Masters Place Condominiums, a condominium and time-share regime ('Condominium Project') located in Archuleta County, Colorado, and to have all of the powers granted it by the Declaration, as the same may be amended from time to time.*"

2. The Association was formed pursuant to a Declaration of Condominium and Interval Ownership for Masters Place Condominiums (the "Original Declaration") recorded in the Office of the County Clerk and Recorder for Archuleta County, Colorado (the "Clerk's Office") on March 14, 1989 at Book 246, at Page 26, et seq., as amended by that certain Amendment To Declaration of Condominium and Interval Ownership for Masters Place Condominiums ("Amendment") dated February 21, 1990 recorded in the Clerk's Office on February 23, 1990 at Book 284, at Page 35, and that certain First

Supplemental To Declaration of Condominium and Interval Ownership for Masters Place Condominiums ("First Supplemental Declaration") dated January 23, 1991 recorded in the Clerk's Office on February 7, 1991 at Book 322, at Page 73. The Original Declaration, Amendment and First Supplemental Declaration are collectively referred to as the "Declaration."

3. The Declaration established the Association and submitted the property identified in the Declaration to a "Condominium Project subject to a Plan of Interval Ownership and create[s] therein a time-share program in accordance with COLO. REV. STAT. §§38-33-110 and 38-33-111 …." The Declaration serves as the project instrument for the interval ownership regime.

4. Pursuant to Section LL of Article I of the Declaration, "*[t]he term 'Unit Committed To Interval Ownership' shall mean any Unit sold under a plan of Interval Ownership.*"

5. Pursuant to Section Y of Article I of the Declaration, *"[t]he term 'Interval Owner' or 'Owner' shall mean a Person owning one or more Interval Ownership interests in a Unit Committed To Interval Ownership, whether entirely, jointly, or in common with another Person or Persons."*

6. Pursuant to Section Z of Article I of the Declaration, *"[t]he term 'Interval Ownership' shall mean that form of real property ownership in a Unit Committed To Interval Ownership by which an Interval Owner is entitled to occupy a Unit Committed to Interval Ownership on an annual or biennial and recurring basis during a designated time period ("Unit Week") for a period of years, together with a remainder over in fee simple as a tenant in common with other Owners."*

7. Pursuant to Section A of Article I of the Declaration, *"[t]he term 'Annual Interval Ownership Interest' shall mean that interest consisting of either a Fixed Annual Unit Week or a Floating Annual Unit Week and an undivided 1/51 remainder interest, for each Annual Interval Ownership Interest owned, as a tenant in common with all other Owners in the Unit in which the Annual Interval Ownership Interest is owned upon termination of the Interval Ownership regime created by this Declaration."*

8. Pursuant to Section B of Article I of the Declaration, *"[t]he term 'Annual Unit Week' shall mean the time period, designated by Building Number, Unit Number, and Unit Week Number during which an Owner is entitled to occupy a Unit Committed To Interval Ownership on an annual and recurring basis for a period of years, subject to the terms of this Declaration, the Articles of Incorporation, the Bylaws, and Rules and Regulations."*

9. Pursuant to Section S of Article I of the Declaration, *"[t]he term 'Fixed Annual Unit Week' shall mean the time period during which the Owner of an Annual Interval Ownership Interest is entitled to occupy a designated Unit Committed To Interval Ownership during the same Unit Week Number on an annual and recurring basis."*

10. Pursuant to Section T of Article I of the Declaration, *"[t]he term 'Fixed Biennial Unit Week' shall mean the time period during which the Owner of a Biennial Interval Ownership Interest is entitled to occupy a designated Unit Committed To Interval Ownership during the same Unit Week Number on an alternate year basis."*

11. Pursuant to Section K of Article I of the Declaration, *"[t]he term 'Common Elements' shall mean and include all of the real property and real property improvements of the Condominium Project with the exception of 'Condominium Unit(s)' …."*

12. Pursuant to Section B of Article X of the Declaration, each Interval Owner is granted a non-exclusive easement for ingress and egress through the Common Elements.

13. Pursuant to Section C. of Article III of the Declaration *"Common Elements shall include all portions of the Condominium Project not contained within a Unit, including, but not limited to, roofs, foundations, pipes, ducts, flues, conduits, wires, and other utility installations to the outlets, bearing walls, perimeter walls to the undecorated or unfinished interior surfaces thereof, sidewalks, parking areas, gardens, recreational facilities which are now or hereafter continued within the property, all Limited Common Elements as defined herein, all installations of power, gas, hot and cold water, and cable television existing for common use, all other parts of the Condominium Project necessary or convenient to its existence, maintenance, or safety, and all areas and facilities designated as Common Elements in the Condominium Act. All Common Elements not specifically designated in this Declaration (or any amendment(s) hereto) or upon the Phase I Plat (or any amended or subsequent plat(s) of the Condominium Project) as Limited Common Elements shall be General Common Elements."*

14. The original By-Laws for the Association were dated April 28, 1988, and recorded in the Clerk's Office on March 14, 1989 (the "<u>Original Bylaws</u>"). The Original Bylaws were amended in 1993 and recorded in the Clerk's Office on December 29, 1993. The Original Bylaws were further amended and replaced with new bylaws on August 14, 1998, and recorded in the Clerk's Office on June 28, 1999 as Reception No. 99096215 (the "<u>First Amended Bylaws</u>"). The First Amended Bylaws were thereafter amended and recorded in the Clerk's Office on February 19, 2009 as Reception No. 20901136 (the

"Second Amended Bylaws" and together with the Original and First Amended Bylaws, hereafter, the "Bylaws").

15. Section 2 of Article I of the Bylaws provides that the Association "shall consist of all members acting as a group in accordance with the Articles of Incorporation and these Bylaws" (individually an "Association Member" and, collectively, the "Association Members").

16. On or about January 20, 2026 (the "Petition Date"), the Association filed a voluntary petition for relief pursuant to Subchapter V of title 11 of the United States Code (the "Bankruptcy Code").[2] Since the Petition Date, Association has remained in possession of its assets and has continued management of its property, business, and affairs.

17. As of the Petition Date, the Defendants and Association co-own tenant-in-common fee simple interests in the Property.

18. The Defendants listed in Exhibit A are tenant-in-common owners of fee simple interests at the Property as identified on the Association's books and records as of May 13, 2026.

## JURISDICTION AND VENUE

19. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334.

20. This is a core proceeding pursuant to 28 U.S.C. §§ 157(a), and 157(b)(2)(A), (N) and (O).

21. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

[2] All references to the "Bankruptcy Code" herein refer to 11 U.S.C. §§101-1532.

22. The statutory predicates for the relief sought herein are sections 105(a) and 363 of the Bankruptcy Code, including section 363(h), and rules 7001 et. seq. of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rule 7001(c).

23. The Association consents to the entry of final orders and judgement by the Court.

## COMMON ALLEGATIONS

### A. The Property

24. The property subject to the Declaration, and governed by the Association, is located at 1093 Northlake Ave., Pagosa Springs, Colorado (the "Property").

25. The Property is commonly known as *Masters Place Condominiums* and consists of two buildings containing twenty units (the "Units") and their concomitant Common Elements.

26. As authorized by more than the required number of Owners prior to the Petition Date, (i) occupancy at the Property by Owners, guests and others was suspended as of December 27, 2025, and (ii) collection of 2026 maintenance fees from Owners was suspended.

27. The Association, via its contract with a management company, continues to maintain the Property as debtor-in-possession pursuant to Sections 1181 and 1184 of the Bankruptcy Code so that the Property can be sold for its highest and best value.

### B. The Ownership Structure of the Property

28. The buildings were constructed and added to the timeshare plan in two phases. Building One contains eight units subject to Interval Ownership. Building Two contains twelve Units subject to Interval Ownership.

29. Pursuant to Section A of Article V of the Declaration, each Unit Committed to Interval Ownership contains fifty-two Annual Interval Ownership interests (the "Unit Weeks"). These Unit Weeks may be subdivided into two "Biennial Interval Ownership Interests." There are 1,040 total Unit Weeks at the Property.

30. The Association owns one Unit Week (a maintenance week) in each Unit and a concomitant share of the Common Elements at the Property. Accordingly, the Association owns an interest in every Unit at the Property.

31. Pursuant to a deed dated September 3, 2025, recorded on September 4, 2025, at Document #22503609 in the Clerk's Office, the Association owns one Unit Week in each Unit Committed to Interval Ownership at the Property as follows:

- Building One – Units 7301, 7302, 7303, 7304, 7305, 7306, 7307, and 7308, Week 14; and
- Building Two – Units 7309, 7310, 7311, 7312, 7313, 7314, 7315, 7316, 7317, 7318, 7319 and 7320, Week 15

32. The Association owns twenty Unit Weeks at the Property and a concomitant share of the Common Elements at the Property (the "Association Interest), which comprises approximately 1.92% of the total Unit Weeks at the Property.

33. The Association owns an undivided interest in the Property as a tenant-in-common with all other Owners.

34. According to the records of the Association, as of May 13, 2026, Defendant First American Trust, FSB, as Trustee, Duly Appointed Under the Declaration of Trust for the Club Wyndham Access Vacation Ownership Plan ("First American Trust, as Trustee") owns 267 of the 1,040 Unit Weeks at the Property, and a concomitant share of the Common Elements at the Property. First American Trust, as Trustee, owns approximately

25.67% of the total Unit Weeks at the Property. First American Trust, as Trustee, is a tenant-in-common with all other Owners at the Property as well as the Association.

35. According to the records of the Association, as of May 13, 2026, Defendant WorldMark by Wyndham, the Club ("WorldMark, the Club") owns 301 of the 1,040 Unit Weeks at the Property, and a concomitant share of the Common Elements at the Property. WorldMark, the Club owns approximately 28.94% of the total Unit Weeks at the Property. WorldMark, the Club is a tenant-in-common with all other Owners at the Property as well as the Association.

36. According to the records of the Association, as of May 13, 2026, Defendant Wyndham Vacation Resorts, Inc. ("WVR") owns 102 of the 1,040 Unit Weeks at the Property, and a concomitant share of the Common Elements at the Property. WVR owns approximately 9.81% of the total Unit Weeks at the Property. WVR is a tenant-in-common with all other Owners at the Property as well as the Association.

37. According to the records of the Association, as of May 13, 2026, the remaining 350 of the 1,040 Unit Weeks at the Property, and a concomitant share of the Common Elements at the Property, are owned by approximately 643 parties to approximately 350 contracts (collectively, the "Interval Owners"). The Interval Owners own approximately 33.65% of the total Unit Weeks at the Property. The Interval Owners are tenants-in-common with all other Owners at the Property as well as the Association.

38. The Defendants do not currently occupy the Units at the Property.

39. Accordingly, no Defendant will be displaced from their home by the proposed sale of the Property.

40. Upon the filing of the Petition, the Association Interest owned by the Association became property of its bankruptcy estate pursuant to 11 U.S.C. § 541(a), and the Association is otherwise a tenant in common with the Defendants.

41. Exhibit A to this Complaint sets forth the names and partially redacted contract numbers of the Defendants, per the Association's books and records as of May 13, 2026, except that certain Unit Weeks owned by the (i) Association, (ii) WVR, (iii) Worldmark, the Club, and/or (iv) First American Trust, as Trustee, may not have corresponding contract numbers.

**C. The Potential Sale of the Property**

42. Sale of the Property free and clear of the interests of the Association and Defendants provides the ability to attain the highest and best offer for the Association and Owners.

43. On April 17, 2026, the Association filed *Debtor's Motion for Entry of an Order (I) (A) Approving Auction and Bidding Procedures, (B) Authorizing the Debtor to Designate a Stalking Horse Bidder, (C) Scheduling Bid Deadlines and Auction, and (D) Approving the Form and Manner of Notice Thereof, and (II) Granting Related Relief* (Docket No. 126) (the "Bid Procedures Motion") seeking to establish procedures to market and sell the Property, including the Association Interest in the Property, together with the interests of (i) First American Trust, as Trustee, (ii) WorldMark, the Club, (iii) WVR, and (iv) all other Owners.

44. On May 13, 2026, the Bankruptcy Court entered the *Order (I) (A) Approving Auction and Bidding Procedures, (B) Authorizing the Debtor to Designate a Stalking Horse Bidder, (C) Scheduling Bid Deadlines and Auction, and (D) Approving the Form*



1612172962.3

*and Manner of Notice Thereof, and (II) Granting Related Relief* (Docket No. 142) (the "Bid Procedures Order"), which granted the Bid Procedures Motion. The Bid Procedures Order accounts for and resolves the Defendants' rights under 11 U.S.C. § 363(i).

45. Pursuant to the Bid Procedures Order, the Association is marketing the Property (including related personal property, if any) for sale. As of this date, the Association has not presented a proposed sale to the Bankruptcy Court for approval.

46. On April 17, 2026, the Association filed the *Masters Place Condominiums Property Owners Association, Inc.'s Plan of Liquidation* (Docket No. 129) (the "Plan"). The Plan remains pending before the Court and is subject to its approval.

47. Any ultimate disposition of the Property, and any proposed distribution of proceeds of any sale, shall be subject to separate request(s) of the Association to the Court and subject to separate judgment(s) or order(s) of the Court (including, potentially pursuant to an order confirming the Plan).

48. The Association intends to separately seek orders or judgments from the Court (i) determining the extent of the ownership interest of each Defendant, and the amount due by each Defendant for outstanding maintenance fees or assessments to the Association, if any, and (ii) authorizing the distribution of the proceeds of any sale approved by the Court, less the costs and expenses of such sale as may be approved by the Court (which may include any order confirming the Plan).

**D. Proposed Consent Judgments**

49. At a special meeting of the members of the Association conducted on October 7, 2025, with a quorum of the voting interests represented in person or by proxy, more than 98% of the members of the Association in attendance voted to authorize the

Board of Directors to file a chapter 11 bankruptcy petition for the Association to, among other things and subject to Court approval, market and sell the entire Property, free and clear of the interests of all Owners (as well as the Association), with such interests to attach to the proceeds of sale, subject to distribution pursuant to Court order.

50. Association believes that many Defendants will consent to the relief sought in this Complaint.

51. Together with the Complaint, Association is providing each Defendant with a *Stipulation and Consent Judgment* (a "Consent Judgment") offering to resolve the Complaint and this adversary proceeding as to each Defendant.

**COUNT 1 – SALE OF REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(h)**
**(Against the Defendants as listed in Exhibit A)**

52. The Plaintiff repeats and realleges the allegations set forth in all preceding paragraphs of this Complaint, as if set forth at length herein.

53. The Plaintiff requests the Court enter judgment against each Defendant identified in Exhibit A authorizing Plaintiff to sell the Plaintiff's interest in the Property together with the Defendants' interests in the Property, pursuant to 11 U.S.C. § 363(h).

54. As of the Petition Date, the Plaintiff and the Defendants co-owned the Property as tenants-in-common.

55. As of the Petition Date, the Plaintiff had an undivided interest in the Property as a tenant-in-common.

56. Partition in kind of the Property among Plaintiff and the Defendants is impracticable. Due to the large number of the Owners of the Property and the timeshare structure of the Property, a standard partition action would be unwieldy, prohibitively expensive, and necessitate the use of a less formal process under state law.

57. Sale of the Plaintiff's undivided interest in the Property would realize significantly less for the Plaintiff's bankruptcy estate than sale of the Property free of the interests of the Defendants. The market for individual timeshare interests is substantially discounted from the sale of the Property as a whole, considering the fraction of each individual interest and the limited nature and rights that correspond to such interests.

58. The benefit to the Plaintiff's bankruptcy estate of selling the Property free of the interests of the Defendants in the Property outweighs the detriment, if any, to the Defendants – none of whom are full-time occupants of the Property.

59. Defendants' interests in the Property will attach to the sale proceeds and shall only be disbursed subject to further judgments or orders of the Court.

60. The Property is not used in the production, transmission, or distribution, for sale, of electric energy or of natural or synthetic gas for heat, light, or power.

61. All requirements for a sale of the Property pursuant to 11 U.S.C. § 363(h) are satisfied.

**WHEREFORE**, the Plaintiff respectfully requests that the Court enter a judgment in favor of Plaintiff against each Defendant:

(a) authorizing Plaintiff to sell the Plaintiff's interest in the Property together with the Defendants' interests in the Property (including related personal property, if any), pursuant to section 363(h) of the Bankruptcy Code and rule 7001(c) of the Bankruptcy Rules, provided that any sale of the Property shall be subject to further order of the Bankruptcy Court pursuant to the Bid Procedures Order or otherwise;

(b) authorizing the Plaintiff to execute on behalf of the Defendants any and all necessary documents to consummate a sale of the Property, including, but not limited to,

deeds, assignments, affidavits, certifications, resolutions, authorizations, closing statements, title documents, recording documents, and any other instruments as may be necessary or prudent in connection therewith;

(c) pursuant to section 363(j) of the Bankruptcy Code, directing that after a sale of the Property pursuant to section 363(h) of the Bankruptcy Code, the Plaintiff shall distribute to the Defendants, according to the Defendants' interests in the Property as determined by further order of the Bankruptcy Court, the proceeds of such sale less the costs and expenses of such sale, which, for the avoidance of doubt include, but are not limited to, (i) those reasonable costs and expenses (including professional fees and commissions) incurred by the Plaintiff in connection with the Bid Procedures Motion and Bid Procedures Order, (ii) the marketing and sale of the Property, (iii) the closing of a sale of the Property, (iv) this Complaint and adversary proceeding, (v) the determination of Defendants' interests in the Property, and (vi) any distribution of sale proceeds, which amount of such costs and expenses (including professional fees and commissions) shall be determined by further order of the Bankruptcy Court; and

(d) granting the Plaintiff such other relief that this Bankruptcy Court deems just and equitable.

Dated: June 24, 2026

Respectfully submitted,

*/s/ Kevin S. Neiman*
Kevin S. Neiman, #36560
**Law Offices of Kevin S. Neiman, pc**
P.O. Box 100455
Denver, CO 80250
Telephone: (303) 996-8637
Email: kevin@ksnpc.com

- and -

Brandy A. Sargent
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-3200
Email: brandy.sargent@klgates.com

- and -

Daniel M. Eliades
Peter J. D'Auria
**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Email: daniel.eliades@klgates.com
peter.dauria@klgates.com

- and -

Jonathan N. Edel
**K&L GATES LLP**
300 South Tryon St., Suite 1000
Charlotte, NC 28202
Telephone: (704) 331-7400
Email: jon.edel@klgates.com

Counsel for Debtor and Debtor-in-Possession

**EXHIBIT A**

Masters Place Condominiums Property Owners Association, Inc.

Exhibit A - Defendants

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 1 | | FIRST AMERICAN TRUST, FSB, AS TRUSTEE |
| 2 | | WORLDMARK BY WYNDHAM, THE CLUB |
| 3 | | WYNDHAM VACATION RESORTS INC |
| 4 | ********5857 | ABEYTA, ANDRES |
| 5 | ********1023 | ACEVEDO, SIXTO RAFAEL |
| 6 | ********8890 | ADAMS, MONICA |
| 7 | ********8890 | ADAMS, NEAL |
| 8 | ********0793 | ADDISON, VICTORIA |
| 9 | ********8397 | ALBERTS, ROBERT ALAN |
| 10 | ********6861 | ALBRIGHT, BARBARA S L |
| 11 | ********6861 | ALBRIGHT, CHARLES R E |
| 12 | ********8841 | ALEXANDER, LISA AS TRUSTEE OF THE TIMOTHY BRYAN ALEXANDER AND LISA R ALEXANDER REVOCABLE LIVING TRUST DATED 3/16/16 |
| 13 | ********8841 | ALEXANDER, TIMOTHY BRYAN AS TRUSTEE OF THE TIMOTHY BRYAN ALEXANDER AND LISA R ALEXANDER REVOCABLE LIVING TRUST DATED 3/16/16 |
| 14 | ********4972 | ALGIRE, MARGARET |
| 15 | ********4972 | ALGIRE, RICHARD |
| 16 | ********4287 | AND, SUPPLY MYERS SPORTING |
| 17 | ********1102 | ARAGON, JAMES |
| 18 | ********4578 | ARAGON, LEROY |
| 19 | ********4578 | ARAGON, PRISCILLA CDE |
| 20 | ********7945 | ARIA FINCH |
| 21 | ********3981 | ARNOLD, JAMES |
| 22 | ********7842 | ARONSON, CHRISTINESUIZZO |
| 23 | ********7842 | ARONSON, DANIEL |
| 24 | ********4091 | AUSTIN, GALEN PAT |
| 25 | ********4873 | AUSTIN, GEORGE |
| 26 | ********4873 | AUSTIN, MARJORIE |
| 27 | ********4091 | AUSTIN, PEGGY LEE MCCRARY |
| 28 | ********5995 | BARRETT, DAVID |
| 29 | ********0532 | BARTLETT, FRED |
| 30 | ********0532 | BARTLETT, JANICE |
| 31 | ********7581 | BATEMAN, KAREN |
| 32 | ********5252 | BEARDAIN, KATHRYN DECKER |
| 33 | ********5252 | BEARDAIN, WELDON KEITH |
| 34 | ********2681 | BECKER, TERI |
| 35 | ********7265 | BENNETT, JUDITH MILLER |
| 36 | ********7265 | BENNETT, MYERS |
| 37 | ********2310 | BERGER, BARBARA |

Masters Place Condominiums Property Owners Association, Inc.

Exhibit A - Defendants

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 38 | ********1145 | BERKOWITZ, PHILIP |
| 39 | ********2712 | BEUTEL, KENNETH |
| 40 | ********7380 | BICKERSTAFF, C WAYNE |
| 41 | ********7380 | BICKERSTAFF, MARJORIE |
| 42 | ********6633 | BILBERRY, BRITT |
| 43 | ********5120 | BISHOP, ELVETA |
| 44 | ********5120 | BISHOP, LUKE |
| 45 | ********0870 | BLUETT, IRENE |
| 46 | ********0870 | BLUETT, ROGER |
| 47 | ********7945 | BOB FINCH |
| 48 | ********5110 | BOYACK, BRENT |
| 49 | ********5110 | BOYACK, MARCIA |
| 50 | ********3788 | BRAATEN, EDWARD |
| 51 | ********3788 | BRAATEN, REBECCA |
| 52 | ********0360 | BRANDEL, CYNTHIA |
| 53 | ********0360 | BRANDEL, ROBERT |
| 54 | ********0686 | BRAVERMAN, LEE |
| 55 | ********0686 | BRAVERMAN, NAZMA |
| 56 | ********3200 | BRISKI, JEANNI, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 57 | ********3200 | BRISKI, STEVEN, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 58 | ********8074 | BROOKS, ANN KATHERINE |
| 59 | ********7341 | BRUMMER, JAMES |
| 60 | ********6419 | BURROW, KATHRYN JO |
| 61 | ********6419 | BURROW, TOMMY |
| 62 | ********2793 | BUSHRA, HANAN |
| 63 | ********2793 | BUSHRA, RAFEEK |
| 64 | ********6191 | BUTLER, BRENDA |
| 65 | ********6191 | BUTLER, KEITH |
| 66 | ********4876 | BYRD, KATHLEEN |
| 67 | ********4876 | BYRD, MICHAEL |
| 68 | ********6431 | BYRUM, CAROLYN |
| 69 | ********6431 | BYRUM, CAROLYN BY BYRUM, LORRIE AS POA |
| 70 | ********0542 | CABALLERO, ALICIA |
| 71 | ********8208 | CAMPBELL, CRAIG |
| 72 | ********8208 | CAMPBELL, GAIL |
| 73 | ********1391 | CAMPBELL, TAMMIE |
| 74 | ********2603 | CAPORUSCIO, FLORIE |
| 75 | ********1432 | CARLISTO, COURTNEY |
| 76 | ********1432 | CARLISTO, JOHN |
| 77 | ********1100 | CASE, DARREN |
| 78 | ********1100 | CASE, JANET - TRUSTEE |

Masters Place Condominiums Property Owners Association, Inc.

Exhibit A - Defendants

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 79 | ********0107 | CHARNEY, JACLYN |
| 80 | ********0107 | CHARNEY, KENNETH |
| 81 | ********3056 | CHARTRAND, SHANNON |
| 82 | ********2657 | CHAVEZ, CASIMIRO FLOYD |
| 83 | ********3761 | CHAVEZ, LUCILLE |
| 84 | ********3761 | CHAVEZ, RICHARD |
| 85 | ********2657 | CHAVEZ, THERESA |
| 86 | ********3221 | CLARK, LYNN MARIE |
| 87 | ********8908 | COCHRAN, CHARLES |
| 88 | ********2187 | CONNOLLY, JANET |
| 89 | ********0434 | CONVERSE, ARLYN GLENN |
| 90 | ********0434 | CONVERSE, DEBRA BROWN |
| 91 | ********2163 | COOPER, NANCY, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 92 | ********2163 | COOPER, RODNEY |
| 93 | ********6012 | COOPER, VERNON |
| 94 | ********4386 | CORBETT, DENNIS |
| 95 | ********4386 | CORBETT, KAREN |
| 96 | ********4550 | CORNELISON, BOYD |
| 97 | ********7604 | COTANT, JIMMY |
| 98 | ********1753 | COTTOS, BARBARA |
| 99 | ********1753 | COTTOS, TIMOTHY |
| 100 | ********9941 | COY, SANDRA |
| 101 | ********9941 | COY, TERRELL |
| 102 | ********0581 | CULWELL, RITA |
| 103 | ********3925 | CURRY, CHERYL CHRISTINE |
| 104 | ********3925 | CURRY, LARRY |
| 105 | ********3528 | CURTIS, CEPHAS |
| 106 | ********3528 | CURTIS, DOROTHY, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 107 | ********0701 | DARNELL, NELLIE |
| 108 | ********0701 | DARNELL, WALTER |
| 109 | ********5592 | DAVIDSON, PATRICIA - TRUSTEE |
| 110 | ********5592 | DAVIDSON, ROBERT PAUL - TRUSTEE |
| 111 | ********5872 | DAVIS, CHAD ERIC |
| 112 | ********7538 | DAVIS, ELIJAH |
| 113 | ********7538 | DAVIS, EVA |
| 114 | ********5872 | DAVIS, RUBY STACY |
| 115 | ********3932 | DAY, DONNA |
| 116 | ********3932 | DAY, ROSS |
| 117 | ********0920 | DAYVA SPITZER SUCC TRUSTE |
| 118 | ********9799 | DEBUSK, CHARLOTTE |
| 119 | ********9799 | DEBUSK, JUSTIN |

Masters Place Condominiums Property Owners Association, Inc.

Exhibit A - Defendants

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 120 | ********7900 | DEVARGAS, JUDITH |
| 121 | ********7900 | DEVARGAS, ROBERT |
| 122 | ********0776 | DEWSNUP, CATHERINE |
| 123 | ********2540 | DIANNE LAVRINC |
| 124 | ********0740 | DIDIO, DANIEL |
| 125 | ********0740 | DIDIO, VICKI |
| 126 | ********5831 | DIEHL, ANTHONY |
| 127 | ********9112 | DIXON, DONALD |
| 128 | ********9112 | DIXON, MARCIA |
| 129 | ********1881 | DOAK, GREG |
| 130 | ********0245 | DOCKTER, SANDRA |
| 131 | ********2679 | DOCKTER, SANDRA |
| 132 | ********0245 | DOCKTER, SHANE |
| 133 | ********2679 | DOCKTER, SHANE |
| 134 | ********4216 | DONHAM, WILLIAM |
| 135 | ********0433 | DORMAN, JOY |
| 136 | ********0433 | DORMAN, JULIA |
| 137 | ********1559 | DOZIER, DAVID |
| 138 | ********1559 | DOZIER, DEBRA |
| 139 | ********8546 | DRAGWA, CELESTE |
| 140 | ********8546 | DRAGWA, LEONARD |
| 141 | ********9875 | DUENSING, KENNETH |
| 142 | ********9875 | DUENSING, ZITA |
| 143 | ********5003 | DUPONT, ALICE |
| 144 | ********5003 | DUPONT, ASHLEY |
| 145 | ********5003 | DUPONT, CHARLES |
| 146 | ********5003 | DUPONT, ERIC |
| 147 | ********0418 | DUSBABEK, PATSY |
| 148 | ********0418 | DUSBABEK, R THOMAS |
| 149 | ********9935 | DUTCHER, JOE |
| 150 | ********9935 | DUTCHER, KATHERINE |
| 151 | ********2835 | EDWARDS, DARLENE |
| 152 | ********2835 | EDWARDS, JERRY |
| 153 | ********1000 | ELLIOTT, CHARLES |
| 154 | ********9958 | ELLIS, CHARLENE |
| 155 | ********9958 | ELLIS, OLIVIA |
| 156 | ********4729 | ENFIELD, DANIEL |
| 157 | ********4729 | ENFIELD, LEONORE RENEE |
| 158 | ********0462 | EVANS, PAULA |
| 159 | ********0462 | EVANS, WAYNE |
| 160 | ********7984 | FAVAREGH, AMBER |
| 161 | ********7984 | FAVAREGH, NOAH |
| 162 | ********5300 | FELTSEN, DONALD DALE |
| 163 | ********5300 | FELTSEN, SHERIE LYNN |
| 164 | ********0930 | FIELDS, DONALD |
| 165 | ********0930 | FIELDS, SHERRY |

Masters Place Condominiums Property Owners Association, Inc.

Exhibit A - Defendants

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 166 | ********4112 | FLEMING, EARL |
| 167 | ********7759 | FORTNER, ROBERT |
| 168 | ********7507 | FREUDENBERGER, JAMES |
| 169 | ********7507 | FREUDENBERGER, JANET |
| 170 | ********1758 | FUTRELL, MELISSA DAWN |
| 171 | ********1758 | FUTRELL, PAUL |
| 172 | ********0450 | GILES, BRENDA |
| 173 | ********0450 | GILES, DEAN |
| 174 | ********1191 | GILL, FRANCIS, DECEASED, BY BIGGS, SUSAN AS EXECUTOR |
| 175 | ********1191 | GILL, FRANCIS, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 176 | ********1191 | GILL, JANE |
| 177 | ********2889 | GONZALEZ, ARMANDO |
| 178 | ********1995 | GOODNIGHT, MARTHA SUE BECTON |
| 179 | ********1995 | GOODNIGHT, WILLIAM |
| 180 | ********7043 | GOODWIN, SHELLY |
| 181 | ********7043 | GOODWIN, TODD |
| 182 | ********3904 | GORE, ALAN - TRUSTEE |
| 183 | ********3904 | GORE, NANCY - TRUSTEE |
| 184 | ********5219 | GRATH, CAROLINA MC |
| 185 | ********7299 | GREEN, ANGELA RENEE |
| 186 | ********7299 | GREEN, JAMES STEWART |
| 187 | ********2454 | GREENING, ARDITH |
| 188 | ********2454 | GREENING, ARLAN ROBERT |
| 189 | ********1027 | GROSS, DENNIS |
| 190 | ********1027 | GROSS, SHERYL |
| 191 | ********8338 | GROVER, PAMELA |
| 192 | ********7093 | GRUBE, LARRY - TRUSTEE |
| 193 | ********7093 | GRUBE, LYDIA - TRUSTEE |
| 194 | ********1292 | GUSTAFSON, MARK |
| 195 | ********1292 | GUSTAFSON, SUZANNE |
| 196 | ********1402 | GUTIERREZ, DAVID G |
| 197 | ********1402 | GUTIERREZ, DELORES |
| 198 | ********8133 | HANKS, KAREN |
| 199 | ********6929 | HANSEN, JANIS - TRUSTEE |
| 200 | ********6929 | HANSEN, KENT - TRUSTEE |
| 201 | ********0888 | HARDER, JUDITH |
| 202 | ********0888 | HARDER, THOMAS |
| 203 | ********3514 | HARDGRAVE, JACK MILTON |
| 204 | ********0086 | HARDING, MARIAN |
| 205 | ********9443 | HARDY, MARK |
| 206 | ********9443 | HARDY, NIKKI |
| 207 | ********0094 | HARRIS, GERALD |
| 208 | ********4265 | HARRIS, JAMIE |

Masters Place Condominiums Property Owners Association, Inc.

Exhibit A - Defendants

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 209 | ********4265 | HARRIS, JUSTIN |
| 210 | ********0094 | HARRIS, KATHLEEN |
| 211 | ********8214 | HARRIS, ROBERT |
| 212 | ********0669 | HASENAUER, BRIAN |
| 213 | ********7447 | HASENAUER, BRIAN |
| 214 | ********0669 | HASENAUER, RUTH |
| 215 | ********7447 | HASENAUER, RUTH |
| 216 | ********3754 | HAWORTH, MERION |
| 217 | ********3754 | HAWORTH, REX |
| 218 | ********5857 | HAYES, TERESA |
| 219 | ********6814 | HELFRICH, JERALD |
| 220 | ********6814 | HELFRICH, SANDRA DEANN |
| 221 | ********5060 | HELLEBUYCK, EDDY |
| 222 | ********5060 | HELLEBUYCK, SHAWN M |
| 223 | ********0417 | HENRICKSEN, DAVID |
| 224 | ********0417 | HENRICKSEN, JUDITH |
| 225 | ********4824 | HENSLEE, CAREYN |
| 226 | ********4824 | HENSLEE, GALE |
| 227 | ********9241 | HERMOSILLO, ANGELA |
| 228 | ********9241 | HERMOSILLO, CHRISTIAN |
| 229 | ********0628 | HERNANDEZ, BERTHA |
| 230 | ********0628 | HERNANDEZ, VALENTINO |
| 231 | ********0354 | HICKMAN, CLEO, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 232 | ********0354 | HICKMAN, CLEO, DECEASED, HICKMAN, GARET AS EXECUTOR |
| 233 | ********0354 | HICKMAN, DOROTHY, DECEASED, BY HICKMAN, DOROTHY AS PERSONAL RESPRESENTATIVE |
| 234 | ********0354 | HICKMAN, DOROTHY, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 235 | ********7804 | HICKS, SIDNEY |
| 236 | ********0460 | HILL, MATHEW |
| 237 | ********6038 | HILL, SUSAN |
| 238 | ********0460 | HILL, VALERIE |
| 239 | ********8148 | HINDSLEY, DONALD |
| 240 | ********8083 | HINES, VALERIE |
| 241 | ********0037 | HINKLE, MEGAN LYNNE |
| 242 | ********0037 | HINKLE, RANDY DEWAYNE |
| 243 | ********6665 | HOAR, DAVID |
| 244 | ********5881 | HOLLINS, SAMSON NEAL |
| 245 | ********5052 | HOOVER, KARLA |
| 246 | ********5052 | HOOVER, TEDDY EUGENE |
| 247 | ********1318 | HORNICK, JOSEPH |

Masters Place Condominiums Property Owners Association, Inc.

Exhibit A - Defendants

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 248 | ********1318 | HORNICK, LADONIA |
| 249 | ********9248 | HOYT, DEBORAH |
| 250 | ********8174 | HUELST, PATRICIA ALMESTICA |
| 251 | ********8633 | HUGGINS, GARY |
| 252 | ********8633 | HUGGINS, VIRGINIA JAN |
| 253 | ********5881 | HUGHES, THERESA |
| 254 | ********2566 | HUNT, PATRICIA |
| 255 | ********2566 | HUNT, RICHARD |
| 256 | ********4153 | IMBODEN, BRIAN |
| 257 | ********4402 | INGRAM, ROBERT |
| 258 | ********8927 | ISHIMATSU, BARBARA - TRUSTEE |
| 259 | ********9162 | JENDZEL, JANET |
| 260 | ********9162 | JENDZEL, JOHN |
| 261 | ********3163 | JENKINS, BRUCE SR, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 262 | ********2540 | JOHN LAVRINC |
| 263 | ********2193 | JOHNSON, TOMMIE JEAN |
| 264 | ********2193 | JOHNSON, WILLIAM |
| 265 | ********1648 | JONES, ALICE |
| 266 | ********1648 | JONES, JIM |
| 267 | ********2935 | JR, WILLIAM MORRIS TILLMAN |
| 268 | ********5873 | JUHL, BETTE |
| 269 | ********5873 | JUHL, ROBERT |
| 270 | ********5873 | JUHL, WADE |
| 271 | ********3215 | KALITA, IRENE |
| 272 | ********7910 | KAREN JO HASENBANK |
| 273 | ********1532 | KARGARZADEH, MATHEW |
| 274 | ********2199 | KASPEREK, B BRAD |
| 275 | ********3072 | KAUFMAN, JAY |
| 276 | ********3072 | KAUFMAN, JAY |
| 277 | ********1147 | KELLY, LINDA LOUISE |
| 278 | ********8009 | KEMPTON, EUGENE |
| 279 | ********8009 | KEMPTON, PATRICIA |
| 280 | ********1284 | KIGER, AMY FRANCHESCA |
| 281 | ********1284 | KIGER, KRISTOPHER MICHAEL |
| 282 | ********3604 | KIMBER, MICHAEL |
| 283 | ********3604 | KIMBER, SHERYL |
| 284 | ********6202 | KIRBY, LOVELLA |
| 285 | ********7811 | KIRK, BRIAN, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 286 | ********7811 | KIRK, KATHLEEN |
| 287 | ********0777 | KLEVE, ROSALIE |
| 288 | ********0777 | KLEVE, WILLIAM |
| 289 | ********5433 | KNUDSEN, SHANNAN |

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 290 | ********3452 | KNUTSON, CAROL |
| 291 | ********1621 | KOEHLER, HARVEY |
| 292 | ********4287 | KOOPS, JANET |
| 293 | ********4287 | KOOPS, JOE |
| 294 | ********3056 | LAMBERT, DANIEL |
| 295 | ********3450 | LAMP, HYLA |
| 296 | ********3450 | LAMP, RONALD |
| 297 | ********6431 | LARRY BYRUM, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 298 | ********1395 | LEAZIER, LEEANN |
| 299 | ********3420 | LEE, EDMUND, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 300 | ********3420 | LEE, MARILYN, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 301 | ********1097 | LEONARD, LEIGH ANNE |
| 302 | ********3064 | LESTER, JAMES |
| 303 | ********2822 | LESTER, JAMES |
| 304 | ********3064 | LESTER, VICKY |
| 305 | ********2822 | LESTER, VICKY |
| 306 | ********5352 | LEWEY, CARRIE |
| 307 | ********5352 | LEWEY, JASON |
| 308 | ********5584 | LINGBECK, MICHELE |
| 309 | ********6913 | LITSEY, JAMES |
| 310 | ********6913 | LITSEY, MARK |
| 311 | ********5584 | LOEBENSTEIN, JACQUELINE, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 312 | ********2215 | LOETSCHER, KERRY |
| 313 | ********2215 | LOETSCHER, NICHOLAS |
| 314 | ********1870 | LOHMANN, CHRISTINA |
| 315 | ********1870 | LOHMANN, MATTHEW STEVEN |
| 316 | ********3486 | LONG, JANICE |
| 317 | ********9039 | LOVOI, CAROL |
| 318 | ********3205 | LUCAS, DEBORAH |
| 319 | ********3205 | LUCAS, ROBERT |
| 320 | ********6720 | LUNDBERG, KIRK |
| 321 | ********6720 | LUNDBERG, SAMANTHA |
| 322 | ********2638 | LYONS, JOHN, DECEASED, BY LYONS-LAMB, JAN AS EXECUTOR |
| 323 | ********2638 | LYONS, JOHN, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 324 | ********9948 | MABE, JANINE |
| 325 | ********9955 | MABE, JANINE |

Masters Place Condominiums Property Owners Association, Inc.

Exhibit A - Defendants

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 326 | ********8999 | MACEYKO, JANET |
| 327 | ********0479 | MADRID, C LIANA |
| 328 | ********0487 | MADRID, C LIANA |
| 329 | ********0479 | MADRID, DARIO |
| 330 | ********0487 | MADRID, DARIO |
| 331 | ********4495 | MAESTAS, AMARANTE |
| 332 | ********4495 | MAESTAS, IRENE |
| 333 | ********0600 | MAHER, ELAINE |
| 334 | ********5516 | MAHER, ELAINE |
| 335 | ********0600 | MAHER, TIMOTHY |
| 336 | ********5516 | MAHER, TIMOTHY |
| 337 | ********6613 | MAHMOODI, RAMIN AS TRUSTEE OF THE MAHMOODI REVOCABLE TRUST DATED 3/25/2019 |
| 338 | ********0413 | MAIER, MABEL |
| 339 | ********0413 | MAIER, WALTER |
| 340 | ********6614 | MALLION, DEBORAH |
| 341 | ********6614 | MALLION, DONALD |
| 342 | ********8296 | MARKS, BRANDI |
| 343 | ********0771 | MARTIN, JAMES EDWARD |
| 344 | ********0771 | MARTIN, SHANDA SAMELIA |
| 345 | ********4081 | MARTINEZ, DOLORES |
| 346 | ********8825 | MARTINEZ, JANICE |
| 347 | ********9510 | MARTINEZ, JOHN |
| 348 | ********4081 | MARTINEZ, JOSEPH |
| 349 | ********9510 | MARTINEZ, PATSY |
| 350 | ********8825 | MARTINEZ, RAYNALDO LAWRENCE |
| 351 | ********4575 | MASON, JANA |
| 352 | ********4575 | MASON, JOHN |
| 353 | ********2118 | MATHIEWS, JEFF |
| 354 | ********1159 | MATHIEWS, JEFF |
| 355 | ********2118 | MATHIEWS, MARGARET |
| 356 | ********1159 | MATHIEWS, MARGARET |
| 357 | ********2756 | MCCLELLAN, SUSAN |
| 358 | ********2756 | MCCLELLAN, THOMAS |
| 359 | ********2637 | MCDONALD, CYNDI |
| 360 | ********2983 | MCDONALD, CYNDI |
| 361 | ********2637 | MCDONALD, DAVID |
| 362 | ********2983 | MCDONALD, DAVID |
| 363 | ********2225 | MCENTIRE, JAN |
| 364 | ********2225 | MCENTIRE, LARAMIE |
| 365 | ********2330 | MCKINNEY, AMY |
| 366 | ********2330 | MCKINNEY, ANDREW |
| 367 | ********3621 | MCPHERSON, GERALDINE MARQUEZ |
| 368 | ********3621 | MCPHERSON, ROCKEY |

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 369 | ********8745 | MCVINNEY, BARRY |
| 370 | ********9831 | MEACHAM, CAROLYN BURLESO |
| 371 | ********0603 | MEACHAM, CAROLYN BURLESO |
| 372 | ********5995 | MEDINA, HEATHER |
| 373 | ********6011 | MEEK, WILLIAM |
| 374 | ********8544 | MELTABARGER, BRAD |
| 375 | ********8544 | MELTABARGER, DONNA |
| 376 | ********0197 | MENSINGA, FRED JURGEN |
| 377 | ********0197 | MENSINGA, LINDA |
| 378 | ********3033 | MERRELL, GREGORY |
| 379 | ********3033 | MERRELL, JESSICA MILLER |
| 380 | ********6912 | MERRITT, JOHN |
| 381 | ********6912 | MERRITT, PATRICIA C |
| 382 | ********0542 | MEYERS, DUSTIN |
| 383 | ********2913 | MILLER, BILLY JOE |
| 384 | ********2913 | MILLER, DEBRA JEAN |
| 385 | ********1235 | MILLER, FREDERICK |
| 386 | ********1235 | MILLER, SARAH |
| 387 | ********7062 | MILLIGAN, CAREY |
| 388 | ********7062 | MILLIGAN, PATSY |
| 389 | ********0301 | MILLNER, ERNESTINE |
| 390 | ********0301 | MILLNER, ROBERT |
| 391 | ********2587 | MOCK, LYNN |
| 392 | ********2587 | MOCK, RONALD |
| 393 | ********7910 | MOECKEL, DOUGLAS |
| 394 | ********7910 | MOECKEL, GUY |
| 395 | ********7910 | MOECKEL, MELVA |
| 396 | ********7910 | MOECKEL, MERLYN, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 397 | ********0686 | MONTES, GILDARDO |
| 398 | ********3447 | MONTOYA, CARLOS |
| 399 | ********3447 | MONTOYA, LUCILLE |
| 400 | ********4050 | MOORE, CHARLES - TRUSTEE |
| 401 | ********1907 | MOORE, KRISTI |
| 402 | ********4050 | MOORE, PENELOPE - TRUSTEE |
| 403 | ********1907 | MOORE, WILLIAM |
| 404 | ********1589 | MORGAN, ELIZABETH AS TRUSTEE OF THE ROY R AND ELIZABETH I MORGAN REVOCABLE TRUST |
| 405 | ********1589 | MORGAN, ROY AS TRUSTEE OF THE ROY R AND ELIZABETH I MORGAN REVOCABLE TRUST |
| 406 | ********1906 | MORK, ERIC |
| 407 | ********1906 | MORK, MEREDITH |
| 408 | ********1239 | MORTON, FARRELL |

Masters Place Condominiums Property Owners Association, Inc.

Exhibit A - Defendants

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 409 | ********1239 | MORTON, JACKIE |
| 410 | ********1239 | MORTON, JACKIE BY MORTON, PATRICK AS POA |
| 411 | ********5593 | MUEH, HANS |
| 412 | ********5593 | MUEH, SALLY |
| 413 | ********3662 | MULLET, ANTONY |
| 414 | ********3662 | MULLET, LEROY |
| 415 | ********3662 | MULLET, STEVEN |
| 416 | ********3024 | MYERS, GWEN |
| 417 | ********3024 | MYERS, JERALD |
| 418 | ********8091 | NARVAEZ, FLOR |
| 419 | ********8091 | NARVAEZ, PABLO LUIS |
| 420 | ********2567 | NAVIAUX, JEFFREY |
| 421 | ********2567 | NAVIAUX, LETICIA |
| 422 | ********6399 | NEDER, CYNTHIA |
| 423 | ********6228 | NEWSOME, DONALD |
| 424 | ********6228 | NEWSOME, SHERRI |
| 425 | ********0579 | NICHOLLS, DONALD |
| 426 | ********0579 | NICHOLLS, JANIS - TRUSTEE |
| 427 | ********5873 | NIXT, CRYSTAL |
| 428 | ********8211 | NOBLE, GARY |
| 429 | ********2199 | NORDBERG, DALE |
| 430 | ********2203 | OBERLE, JANET KATHERINE |
| 431 | ********2211 | OBERLE, JANET KATHERINE |
| 432 | ********1242 | OBRIEN, CANDICE LEE |
| 433 | ********1242 | OBRIEN, PETER |
| 434 | ********4237 | OFFUTT, ALICE |
| 435 | ********4237 | OFFUTT, HEATHER |
| 436 | ********4237 | OFFUTT, PAUL |
| 437 | ********0735 | OKESON, MELODY |
| 438 | ********0735 | OKESON, NEIL |
| 439 | ********0664 | OLIVER, ALLEN |
| 440 | ********0664 | OLIVER, HARRIET |
| 441 | ********6665 | OROURKE, CATLIN |
| 442 | ********9248 | OVER, JAMES |
| 443 | ********3692 | PADAWER, LAURA |
| 444 | ********3692 | PADAWER, ROBERT - TRUSTEE |
| 445 | ********9252 | PADILLA, IDA |
| 446 | ********9252 | PADILLA, KATRINA |
| 447 | ********2272 | PAPPAS, DEAN |
| 448 | ********2272 | PAPPAS, HELEN |
| 449 | ********7581 | PARKIN, PAMELA |
| 450 | ********2707 | PARTNERSHIP HPJ FAMILY LTD |
| 451 | ********9054 | PAUL, JOHN |
| 452 | ********0516 | PECQUET, SHARON |
| 453 | ********4153 | PENA, MELISSA |

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 454 | ********4153 | PENA, ROBERT |
| 455 | ********2707 | PENNINGTON, PHILLIP |
| 456 | ********6476 | PETERSON, ERIC |
| 457 | ********6476 | PETERSON, JOY |
| 458 | ********6476 | PETERSON, MARCENE |
| 459 | ********3973 | PITNEY, JEROME |
| 460 | ********3973 | PITNEY, NEOMA |
| 461 | ********1061 | PITT, KRISTEN |
| 462 | ********6723 | POMEROY, ANGUS |
| 463 | ********6723 | POMEROY, CAROL |
| 464 | ********4989 | PORTER, C JENETTE |
| 465 | ********0686 | PORTER, DONTE |
| 466 | ********4989 | PORTER, RICHARD |
| 467 | ********2264 | POTTER, MARY AS TRUSTEE OF THE POTTER FAMILY TRUST |
| 468 | ********1061 | POUNDS, ANGELA |
| 469 | ********3974 | POWELL, CRISTI |
| 470 | ********3974 | POWELL, JAMES |
| 471 | ********3411 | PRAXMARER, ALOIS |
| 472 | ********3411 | PRAXMARER, MARIA |
| 473 | ********2473 | PUGLIESE, NICHOLAS |
| 474 | ********2473 | PUGLIESE, TAMMY |
| 475 | ********7697 | PYLANT, JEFFREY |
| 476 | ********7697 | PYLANT, TERESA |
| 477 | ********6142 | QUIJANO, ANGELITO |
| 478 | ********6142 | QUIJANO, THELMA BINOSA |
| 479 | ********4206 | RAPP, CATHY |
| 480 | ********4206 | RAPP, ROBERT |
| 481 | ********0469 | RAY, GREGORY LEE |
| 482 | ********2700 | RAY, KAREN, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 483 | ********0469 | RAY, SHARON GAY |
| 484 | ********0504 | REDDIN, BEVERLE |
| 485 | ********0504 | REDDIN, TIMOTHY |
| 486 | ********0615 | REINKE, CURTIS |
| 487 | ********6029 | REYES, ANAREINA |
| 488 | ********6029 | REYES, BENEDICT VILORIA |
| 489 | ********8296 | RICHARD, AARON |
| 490 | ********1147 | RILEY, JAY |
| 491 | ********2889 | RIVERA, BRENDA |
| 492 | ********3916 | RIXON, KENT |
| 493 | ********3916 | RIXON, PAULA |
| 494 | ********2579 | ROBERTSON, CHRISTINE, DECEASED, BY ROBERTSON, JERRY AS EXECUTOR |

Masters Place Condominiums Property Owners Association, Inc.

Exhibit A - Defendants

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 495 | ********2579 | ROBERTSON, CHRISTINE, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 496 | ********2843 | ROBERTSON, MARSHA - TRUSTEE |
| 497 | ********2843 | ROBERTSON, TOM - TRUSTEE |
| 498 | ********5198 | ROBINSON, KATHERINE |
| 499 | ********9149 | RODWANCY, DONALD M |
| 500 | ********9149 | RODWANCY, TERRY |
| 501 | ********8291 | ROGERS, JOE LEWIS |
| 502 | ********2729 | ROSS, FRANK |
| 503 | ********2729 | ROSS, TAMARA |
| 504 | ********8692 | ROUCKUS, DAWN |
| 505 | ********8692 | ROUCKUS, MICHAEL |
| 506 | ********7201 | RUE, KAREN |
| 507 | ********7449 | SALAZAR, EPPIE |
| 508 | ********7449 | SALAZAR, SUSIE |
| 509 | ********7792 | SAMARDZICH, GREGORY |
| 510 | ********1589 | SANFORD, HOWARD |
| 511 | ********1589 | SANFORD, LANA |
| 512 | ********2603 | SANTINI, LUCIA |
| 513 | ********7604 | SAVAGE, BARBARA |
| 514 | ********9153 | SAWYER, DERALD |
| 515 | ********9153 | SAWYER, GRETA |
| 516 | ********9840 | SCHAFER, LAUREN |
| 517 | ********9840 | SCHAFER, TRENT |
| 518 | ********0776 | SCHAGEL, CHRISTOPHER |
| 519 | ********8067 | SCOVEL, GERALD, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 520 | ********3662 | SEC, SUE MULLET |
| 521 | ********8174 | SERRANO, RAUL ALMESTICA |
| 522 | ********7033 | SEVERE, JASON |
| 523 | ********7033 | SEVERE, VERONICA VALENTINO |
| 524 | ********1532 | SHEFSKI, ROBBIN |
| 525 | ********0615 | SHEPHERD, BRANDON |
| 526 | ********0615 | SHEPHERD, KAROL |
| 527 | ********7035 | SIEBERSMA, JAN |
| 528 | ********7035 | SIEBERSMA, SAUNDRA |
| 529 | ********7912 | SINGER, LURON |
| 530 | ********7912 | SINGER, MICHAEL |
| 531 | ********9459 | SKARTVEDT, PAUL ALAN |
| 532 | ********9459 | SKARTVEDT, SHANNON LEE |
| 533 | ********1061 | SKEELE, SHELLEY |
| 534 | ********8265 | SLATER, DAVID FRANK |
| 535 | ********8265 | SLATER, VICKI LYNN |
| 536 | ********8075 | SMALL, ALIX |

Masters Place Condominiums Property Owners Association, Inc.

Exhibit A - Defendants

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 537 | ********8075 | SMALL, DANIEL |
| 538 | ********3305 | SMITH, BRUCE |
| 539 | ********3305 | SMITH, CAROLINE WAREHAM |
| 540 | ********1258 | SMITH, CHRISTOPHER |
| 541 | ********3809 | SMITH, DEON |
| 542 | ********1258 | SMITH, MELISSA ANN |
| 543 | ********3809 | SMITH, MINDY |
| 544 | ********7792 | SMITH, PATRICIA |
| 545 | ********4032 | SMITH, REOLA |
| 546 | ********4032 | SMITH, RICKY |
| 547 | ********2744 | SOTH, BARBARA |
| 548 | ********2744 | SOTH, JAMES |
| 549 | ********2744 | SOTH, TERRANCE |
| 550 | ********1020 | SPEARS, MELESHA |
| 551 | ********7910 | STEFFEN, LUANN |
| 552 | ********1258 | STEINBRINK, KAREN |
| 553 | ********1258 | STEINBRINK, LOREN |
| 554 | ********1072 | STINSON, ALVIN |
| 555 | ********3009 | STOLTZFUS, ELIZABETH |
| 556 | ********3009 | STOLTZFUS, JAY |
| 557 | ********4062 | STRAUB, IAN |
| 558 | ********2737 | STRAUB, IAN |
| 559 | ********4062 | STRAUB, JOAN HIGHAM |
| 560 | ********2737 | STRAUB, JOAN HIGHAM |
| 561 | ********4402 | STULGIS, LINDA |
| 562 | ********2710 | TACKETT, DONNA, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 563 | ********2710 | TACKETT, SAMUEL |
| 564 | ********7019 | TAFOYA, JOSEPHINE |
| 565 | ********7019 | TAFOYA, JUAN |
| 566 | ********6591 | TALLEY, BRANDON |
| 567 | ********6591 | TALLEY, DONNA KAY |
| 568 | ********3586 | TETREAU, BEULAH |
| 569 | ********3586 | TETREAU, JERRY |
| 570 | ********4316 | THOMPSON, HARVELAN |
| 571 | ********6566 | THOMPSON, MARK AS TRUSTEE OF THE THOMPSON FAMILY TRUST |
| 572 | ********4316 | THOMPSON, PHILLIP |
| 573 | ********2348 | THRONEBURG, MICHAEL |
| 574 | ********2935 | TILLMAN, LETA RUTH |
| 575 | ********5030 | TIMIS, MARIUS |
| 576 | ********2467 | TORRES, MARCELLA |
| 577 | ********2467 | TORRES, MARK |
| 578 | ********1359 | TOSCH, BRETT |
| 579 | ********1359 | TOSCH, VANESS |

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 580 | ********4017 | TREGELLAS, RITA |
| 581 | ********4025 | TREGELLAS, RITA |
| 582 | ********4017 | TREGELLAS, WILLIAM |
| 583 | ********4025 | TREGELLAS, WILLIAM |
| 584 | ********1145 | TRUMPBOUR, VIRGINIA |
| 585 | ********0989 | TUCKER, THOMAS WILLIAM |
| 586 | ********0151 | TUOHY, JANET KIM FEMINO |
| 587 | ********1605 | ULYSSE, SANDRA |
| 588 | ********3472 | URRUTIA, ROSA |
| 589 | ********3472 | URRUTIA, SALVADOR |
| 590 | ********0361 | USINGER, JANET |
| 591 | ********1072 | VANDERMAAS, PATRICIA |
| 592 | ********3298 | VASQUEZ, DOLORES |
| 593 | ********3298 | VASQUEZ, LUIS MANUEL |
| 594 | ********3511 | WALKER, HEATHER |
| 595 | ********1799 | WALLINE, LINDA |
| 596 | ********1799 | WALLINE, MICHAEL |
| 597 | ********0990 | WALVOORD, CAROLYN |
| 598 | ********0990 | WALVOORD, SHAUN |
| 599 | ********3223 | WATSON, JERALD |
| 600 | ********3223 | WATSON, KAREN |
| 601 | ********5989 | WEAVER, PAMELA JEAN BASSETT |
| 602 | ********5989 | WEAVER, STEVEN CRAIG |
| 603 | ********5584 | WEBER, JULIANA |
| 604 | ********0387 | WEEDEN, CARA |
| 605 | ********0387 | WEEDEN, RODNEY |
| 606 | ********6617 | WESELOH, BARBARA MARIE |
| 607 | ********1920 | WESELOH, BARBARA MARIE |
| 608 | ********3122 | WESOLOWSKI, ANTIA |
| 609 | ********3122 | WESOLOWSKI, DANIEL |
| 610 | ********6936 | WHEELER, ALBERT |
| 611 | ********6936 | WHEELER, MELINDA |
| 612 | ********5832 | WHITTINGTON, LEON |
| 613 | ********7264 | WILEY, ROYAL |
| 614 | ********7264 | WILEY, SHELLY SPENCE |
| 615 | ********5809 | WILKERSON, DAVID |
| 616 | ********3412 | WILLIAMS, DEBRA |
| 617 | ********3412 | WILLIAMS, JEFFREY |
| 618 | ********3727 | WILLIAMSON, B SUSIE |
| 619 | ********3727 | WILLIAMSON, JEFF |
| 620 | ********1499 | WILLSTEAD, RICHARD |
| 621 | ********1499 | WILLSTEAD, TAMMY |
| 622 | ********0231 | WINGERT, GEAN, DECEASED, BY ROMERO, ANISETO AS EXECUTOR |

| NUMBER | CONTRACT NO. | NAME |
|---|---|---|
| 623 | ********0231 | WINGERT, GEAN, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 624 | ********6559 | WINN, HUNG NGUYEN |
| 625 | ********6559 | WINN, LEE |
| 626 | ********4559 | WISE, GLENDA |
| 627 | ********4559 | WISE, L RODNEY |
| 628 | ********8982 | WOOD, BRIAN KEITH |
| 629 | ********2652 | WOOD, BRIAN KEITH |
| 630 | ********1163 | WOOD, ELIZABETH |
| 631 | ********1163 | WOOD, GEORGE |
| 632 | ********8059 | WOOD, JANET |
| 633 | ********8982 | WOOD, SHEILA LUELLA |
| 634 | ********2652 | WOOD, SHEILA LUELLA |
| 635 | ********8059 | WOOD, THOMAS |
| 636 | ********0870 | WOOD, WANDA LEE |
| 637 | ********6105 | YORK, CARTY ROSALIA |
| 638 | ********3085 | YORK, JON |
| 639 | ********3085 | YORK, KAREN |
| 640 | ********6105 | YORK, THOMAS WAYNE |
| 641 | ********4991 | ZWALD, JOHN |
| 642 | ********4991 | ZWALD, PAT |
| 643 | ********8874 | . FINLEY MOTORS INC |
| 644 | ********1755 | . MOVE UNITED |
| 645 | ********1755 | . MOVE UNITED BY BLOSSOM, JOHN AS AGENT |
| 646 | ********1755 | . MOVE UNITED BY SEROTA, KERI AS AGENT |
| 647 | ********3662 | . ROYAL DEVELOPMENT INC |
| 648 | ********0777 | . WILROSE CORPORATION |