**Pecos Valley Alfalfa Company**
Dexter, New Mexico
P. O. Box 466 ~~(505) 734-5766~~ 88230
575-626-7137

9/5/26

From: Bob & Aria Finch DBA Pecos Valley Alfalfa Co.
40 Deborah Dr.
Roswell, N.M. 88201

To: Clerk, U.S. Bankruptcy Court
District of Colorado
721 19th St.
Denver, Colorado 80202-2508

FILED
CLERK OF COURT
SEP 14 2026
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Refer to 1. Case: 26-01170-TBM Doc#11
Village Point Property owners Assn. Inc.
2. Case: 26-01168-TBM Doc#11
Elk Run Property Owners Assn. Inc.
3. Case: 26-01169-TBM Doc#11
Masters Place Condominiums Property Owners Assn. Inc.

~~Our~~ Answer: Please consider proper compensation for our Invested $ & Time. Wow! What a Poor Desicision to Invest in TIME Shares!

Thank you for your Consideration.

Bob Finch
Aria Finch

# U.S. Bankruptcy Court
District of Colorado

| | | | |
|---|---|---|---|
| In re: | MASTERS PLACE CONDOMINIUMS PROPERTY OWNERS ASSOCIATION, INC.<br><br>Debtor(s) | ) ) ) | Case No: 26-10313 TBM |
| | MASTERS PLACE CONDOMINIUMS PROPERTY OWNERS ASSOCIATION, INC.<br><br>Plaintiff | ) ) ) ) ) ) | Adv. Proc. No. 26-1169 TBM |
| v. | FIRST AMERICAN TRUST FSB, AS TRUSTEE, ET AL.<br><br>Defendant | ) ) ) ) | |

*SUMMONS IN AN ADVERSARY PROCEEDING*

YOU ARE SUMMONED and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| | |
|---|---|
| *Address of Clerk* | |
| | *Clerk, U.S. Bankruptcy Court*<br>*District of Colorado*<br>*721 19th St.*<br>*Denver, CO 80202-2508* |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| *Name and Address of Plaintiff's Attorney* | | |
|---|---|---|
| *Kevin S. Neiman* | *Brandy Sargent* | *Daniel Eliades* |
| *Law Offices of Kevin S. Neiman, P.C.* | *K&L Gates LLP* | *K&L Gates LLP* |
| *PO Box 100455* | *One SW Columbia St., Ste. 1900* | *One Newark Ctr, 10th Fl.* |
| *Denver, CO 80250* | *Portland, OR 97204* | *Newark, New Jersey 07102* |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Kenneth S. Gardner, Clerk

Date Issued

August 11, 2026

Case:26-01169-TBM Doc#:11 Filed:08/11/26 Entered:08/11/26 12:49:27 Page2 of 25

continued caption:
Listing of Defendant Names:

Andres Abeyta

Sixto Rafael Acevedo

Monica Adams

Neal Adams

Victoria Addison

Robert Alan Alberts

Barbara S L Albright

Charles R E Albright

Lisa Alexander - Trustee

Timothy Bryan Alexander - Trustee

Margaret Algire

Richard Algire

James Aragon

Leroy Aragon

Priscilla Cde Aragon

James Arnold

Christinesuizzo Aronson

Daniel Aronson

Galen Pat Austin

George Austin

Marjorie Austin

Peggy Lee Mccrary Austin

David Barrett Jr.

Fred Bartlett

Janice Bartlett

Karen Bateman

# U.S. Bankruptcy Court

**District of Colorado**

In re: ELK RUN PROPERTY OWNERS ASSOCIATION, INC. **Case No:** 26-10311 TBM

**Debtor(s)**

ELK RUN PROPERTY OWNERS ASSOCIATION, INC. **Adv. Proc. No.** 26-1168 TBM

**Plaintiff**

v.

FIRST AMERICAN TRUST FSB, AS TRUSTEE, ET AL.

**Defendant**

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

***Address of Clerk***

***Clerk, U.S. Bankruptcy Court***
***District of Colorado***
***721 19th St.***
***Denver, CO 80202-2508***

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs attorney.

| ***Name and Address of Plaintiff's Attorney*** | | |
|---|---|---|
| ***Kevin S. Neiman*** | ***Brandy Sargent*** | ***Daniel Eliades*** |
| ***Law Offices of Kevin S. Neiman, P.C.*** | ***K&L Gates LLP*** | ***K&L Gates LLP*** |
| ***PO Box 100455*** | ***One SW Columbia St., Ste. 1900*** | ***One Newark Ctr, 10th Fl.*** |
| ***Denver, CO 80250*** | ***Portland, OR 97204*** | ***Newark, New Jersey 07102*** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

U. S. BANKRUPTCY COURT SEAL DISTRICT OF COLORADO

**Kenneth S. Gardner, Clerk**

Date Issued

August 11, 2026

Case:26-01168-TBM Doc#:11 Filed:08/11/26 Entered:08/11/26 12:44:06 Page2 of 24

continued caption:
**Listing of Defendant Names:**

A to Z Properties LLC

Colleen Ambrozy

Jose Archulet

Gary Lee Arthur

Estate of Janet Arthur

Felisha Gilman Baber

Ernest Baca

Julie Baca

Karen Bailey

Richard Bailey

Alberta Beck

David Beck

Gary Beegle

Nancy Beegle

Danielle Beermann

Darren Beermann

Dawn Beermann

Estate of Fred Beermann

Patricia Beermann

David Beitler

Samone Beitler

Tiffany Bell

Leroy Benally

Rhonda Benally

Diane Jean Bendtsen

# U.S. Bankruptcy Court
**District of Colorado**

In re: VILLAGE POINTE PROPERTY OWNERS ASSOCIATION, INC.

**Debtor(s)**

**Case No:** 26-10314 TBM

VILLAGE POINTE PROPERTY OWNERS ASSOCIATION, INC.

**Plaintiff**

**Adv. Proc. No.** 26-1170 TBM

v.

FIRST AMERICAN TRUST FSB, AS TRUSTEE, ET AL.

**Defendant**

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| | |
|---|---|
| ***Address of Clerk*** | ***Clerk, U.S. Bankruptcy Court***<br>***District of Colorado***<br>***72119th St.***<br>***Denver, CO 80202-2508*** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs attorney.

| | | |
|---|---|---|
| ***Name and Address of Plaintiff's Attorney*** | | |
| ***Kevin S. Neiman***<br>***Law Offices of Kevin S. Neiman, P.C.***<br>***PO Box 100455***<br>***Denver, CO 80250*** | ***Brandy Sargent***<br>***K&L Gates LLP***<br>***One SW Columbia St., Ste. 1900***<br>***Portland, OR 97204*** | ***Daniel Eliades***<br>***K&L Gates LLP***<br>***One Newark Ctr, 10th Fl.***<br>***Newark, New Jersey 07102*** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

U. S. BANKRUPTCY COURT SEAL DISTRICT OF COLORADO

**Kenneth S. Gardner, Clerk**

Date Issued

August 11, 2026

continued caption:
**Listing of Defendant Names:**

Benjamin Rex Aagard

Jeana Marie Aagard

Delores Acree

Re Acree

Pamela Adkins

Raymond Adkins

Estate of Isabella Alexander

Margaret Algire

Richard Algire

Steven Alkov

Susan Alkov

Elaine Allen

Susan Alonzi

Jose Anaya

Lillian Anaya

Frank Aragon

Gloria Aragon

Aria Finch

Robert Arnot

Hector Arzate

Rosemary Arzate

Eric Assam

Association Village Pointe

Antonio Astran

Case:26-01169-TBM Doc#:8 Filed:07/16/26 Entered:07/16/26 16:15:51 Page4 of 25

| |
|---|
| DONALD FIELDS; SHERRY FIELDS; ARIA FINCH; BOB FINCH; FINLEY MOTORS INC; EARL FLEMING; ROBERT FORTNER; JAMES FREUDENBERGER; JANET FREUDENBERGER; MELISSA DAWN FUTRELL; PAUL FUTRELL; BRENDA GILES; DEAN GILES; JANE GILL; FRANCIS GILL, DECEASED, BY SUSAN BIGGS AS EXECUTOR; FRANCIS GILL, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; ARMANDO GONZALEZ; MARTHA SUE BECTON GOODNIGHT; WILLIAM GOODNIGHT; SHELLY GOODWIN; TODD GOODWIN; ALAN GORE, TRUSTEE; NANCY GORE, TRUSTEE; CAROLINA MC GRATH; ANGELA RENEE GREEN; JAMES STEWART GREEN; ARDITH GREENING; ARLAN ROBERT GREENING; DENNIS GROSS; SHERYL GROSS; PAMELA GROVER; LARRY GRUBE, TRUSTEE; LYDIA GRUBE, TRUSTEE; MARK GUSTAFSON; SUZANNE GUSTAFSON; DAVID G GUTIERREZ; DELORES GUTIERREZ; KAREN HANKS; JANIS HANSEN, TRUSTEE; KENT HANSEN, TRUSTEE; JUDITH HARDER; THOMAS HARDER; JACK MILTON HARDGRAVE; MARIAN HARDING; MARK HARDY; NIKKI HARDY; GERALD HARRIS; JAMIE HARRIS; JUSTIN HARRIS; KATHLEEN HARRIS; ROBERT HARRIS; BRIAN HASENAUER; RUTH HASENAUER; KAREN JO HASENBANK; MERION HAWORTH; REX HAWORTH; TERESA HAYES; JERALD HELFRICH; SANDRA DEANN HELFRICH; EDDY HELLEBUYCK; SHAWN M HELLEBUYCK; DAVID HENRICKSEN; JUDITH HENRICKSEN; CAREYN HENSLEE; GALE HENSLEE; |



1612172962.4

Case:26-01169-TBM Doc#:8 Filed:07/16/26 Entered:07/16/26 16:15:51 Page5 of 25

ANGELA HERMOSILLO; CHRISTIAN HERMOSILLO; BERTHA HERNANDEZ; VALENTINO HERNANDEZ; CLEO HICKMAN, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; CLEO HICKMAN, DECEASED, GARET HICKMAN AS EXECUTOR; DOROTHY HICKMAN, DECEASED, DOROTHY HICKMAN AS PERSONAL REPRESENTATIVE; DOROTHY HICKMAN, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; SIDNEY HICKS; MATHEW HILL; SUSAN HILL; VALERIE HILL; DONALD HINDSLEY; VALERIE HINES; MEGAN LYNNE HINKLE; RANDY DEWAYNE HINKLE; DAVID HOAR; SAMSON NEAL HOLLINS; KARLA HOOVER; TEDDY EUGENE HOOVER; JOSEPH HORNICK; LADONIA HORNICK; DEBORAH HOYT; PATRICIA ALMESTICA HUELST; GARY HUGGINS; VIRGINIA JAN HUGGINS; THERESA HUGHES; PATRICIA HUNT; RICHARD HUNT; BRIAN IMBODEN; ROBERT INGRAM; BARBARA ISHIMATSU, TRUSTEE; JANET JENDZEL; JOHN JENDZEL; BRUCE JENKINS SR, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; TOMMIE JEAN JOHNSON; WILLIAM JOHNSON; ALICE JONES; JIM JONES; BETTE JUHL; ROBERT JUHL; WADE JUHL; IRENE KALITA; MATHEW KARGARZADEH; B BRAD KASPEREK; JAY KAUFMAN; LINDA LOUISE KELLY; EUGENE KEMPTON; PATRICIA KEMPTON; AMY FRANCHESCA KIGER; KRISTOPHER MICHAEL KIGER; MICHAEL KIMBER; SHERYL KIMBER; LOVELLA KIRBY; KATHLEEN KIRK; BRIAN KIRK, DECEASED, HIS DEVISEES

continued caption:
Listing of Defendant Names:

Alice Dupont

Ashley Dupont

Charles Dupont

Eric Dupont

Patsy Dusbabek

R Thomas Dusbabek

Joe Dutcher

Katherine Dutcher

Darlene Edwards

Jerry Edwards

Charles Elliott

Charlene Ellis

Olivia Ellis

Daniel Enfield

Leonore Renee Enfield

Paula Evans

Wayne Evans

Amber Favaregh

Noah Favaregh

Donald Dale Feltsen

Sherie Lynn Feltsen

Donald Fields

Sherry Fields

Aria Finch

Bob Finch

Finley Motors Inc.

First American Trust FSB, As Trustee

continued caption:
Listing of Defendant Names:

Earl Fleming

Robert Fortner

James Freudenberger

Janet Freudenberger

Melissa Dawn Futrell

Paul Futrell

Brenda Giles

Dean Giles

Estate of Francis Gill

Jane Gill

Armando Gonzalez

Martha Sue Becton Goodnight

William Goodnight

Shelly Goodwin

Todd Goodwin

Alan Gore - Trustee

Nancy Gore - Trustee

Carolina Mc Grath

Angela Renee Green

James Stewart Green

Ardith Greening

Arlan Robert Greening

Dennis Gross

Estate of Sheryl Gross

Pamela Grover

Larry Grube - Trustee

Lydia Grube - Trustee

DONALD FIELDS; SHERRY FIELDS; ARIA FINCH; BOB FINCH; FINLEY MOTORS INC; EARL FLEMING; ROBERT FORTNER; JAMES FREUDENBERGER; JANET FREUDENBERGER; MELISSA DAWN FUTRELL; PAUL FUTRELL; BRENDA GILES; DEAN GILES; JANE GILL; FRANCIS GILL, DECEASED, BY SUSAN BIGGS AS EXECUTOR; FRANCIS GILL, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; ARMANDO GONZALEZ; MARTHA SUE BECTON GOODNIGHT; WILLIAM GOODNIGHT; SHELLY GOODWIN; TODD GOODWIN; ALAN GORE, TRUSTEE; NANCY GORE, TRUSTEE; CAROLINA MC GRATH; ANGELA RENEE GREEN; JAMES STEWART GREEN; ARDITH GREENING; ARLAN ROBERT GREENING; DENNIS GROSS; SHERYL GROSS; PAMELA GROVER; LARRY GRUBE, TRUSTEE; LYDIA GRUBE, TRUSTEE; MARK GUSTAFSON; SUZANNE GUSTAFSON; DAVID G GUTIERREZ; DELORES GUTIERREZ; KAREN HANKS; JANIS HANSEN, TRUSTEE; KENT HANSEN, TRUSTEE; JUDITH HARDER; THOMAS HARDER; JACK MILTON HARDGRAVE; MARIAN HARDING; MARK HARDY; NIKKI HARDY; GERALD HARRIS; JAMIE HARRIS; JUSTIN HARRIS; KATHLEEN HARRIS; ROBERT HARRIS; BRIAN HASENAUER; RUTH HASENAUER; KAREN JO HASENBANK; MERION HAWORTH; REX HAWORTH; TERESA HAYES; JERALD HELFRICH; SANDRA DEANN HELFRICH; EDDY HELLEBUYCK; SHAWN M HELLEBUYCK; DAVID HENRICKSEN; JUDITH HENRICKSEN; CAREYN HENSLEE; GALE HENSLEE;

Case:26-01169-TBM Doc#:8 Filed:07/16/26 Entered:07/16/26 16:15:51 Page5 of 25

ANGELA HERMOSILLO; CHRISTIAN HERMOSILLO; BERTHA HERNANDEZ; VALENTINO HERNANDEZ; CLEO HICKMAN, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; CLEO HICKMAN, DECEASED, GARET HICKMAN AS EXECUTOR; DOROTHY HICKMAN, DECEASED, DOROTHY HICKMAN AS PERSONAL REPRESENTATIVE; DOROTHY HICKMAN, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; SIDNEY HICKS; MATHEW HILL; SUSAN HILL; VALERIE HILL; DONALD HINDSLEY; VALERIE HINES; MEGAN LYNNE HINKLE; RANDY DEWAYNE HINKLE; DAVID HOAR; SAMSON NEAL HOLLINS; KARLA HOOVER; TEDDY EUGENE HOOVER; JOSEPH HORNICK; LADONIA HORNICK; DEBORAH HOYT; PATRICIA ALMESTICA HUELST; GARY HUGGINS; VIRGINIA JAN HUGGINS; THERESA HUGHES; PATRICIA HUNT; RICHARD HUNT; BRIAN IMBODEN; ROBERT INGRAM; BARBARA ISHIMATSU, TRUSTEE; JANET JENDZEL; JOHN JENDZEL; BRUCE JENKINS SR, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; TOMMIE JEAN JOHNSON; WILLIAM JOHNSON; ALICE JONES; JIM JONES; BETTE JUHL; ROBERT JUHL; WADE JUHL; IRENE KALITA; MATHEW KARGARZADEH; B BRAD KASPEREK; JAY KAUFMAN; LINDA LOUISE KELLY; EUGENE KEMPTON; PATRICIA KEMPTON; AMY FRANCHESCA KIGER; KRISTOPHER MICHAEL KIGER; MICHAEL KIMBER; SHERYL KIMBER; LOVELLA KIRBY; KATHLEEN KIRK; BRIAN KIRK, DECEASED, HIS DEVISEES



1612172962.4

continued caption:
Listing of Defendant Names:

Alice Dupont

Ashley Dupont

Charles Dupont

Eric Dupont

Patsy Dusbabek

R Thomas Dusbabek

Joe Dutcher

Katherine Dutcher

Darlene Edwards

Jerry Edwards

Charles Elliott

Charlene Ellis

Olivia Ellis

Daniel Enfield

Leonore Renee Enfield

Paula Evans

Wayne Evans

Amber Favaregh

Noah Favaregh

Donald Dale Feltsen

Sherie Lynn Feltsen

Donald Fields

Sherry Fields

Aria Finch

Bob Finch

Finley Motors Inc.

First American Trust FSB, As Trustee

continued caption:
Listing of Defendant Names:

Earl Fleming

Robert Fortner

James Freudenberger

Janet Freudenberger

Melissa Dawn Futrell

Paul Futrell

Brenda Giles

Dean Giles

Estate of Francis Gill

Jane Gill

Armando Gonzalez

Martha Sue Becton Goodnight

William Goodnight

Shelly Goodwin

Todd Goodwin

Alan Gore - Trustee

Nancy Gore - Trustee

Carolina Mc Grath

Angela Renee Green

James Stewart Green

Ardith Greening

Arlan Robert Greening

Dennis Gross

Estate of Sheryl Gross

Pamela Grover

Larry Grube - Trustee

Lydia Grube - Trustee

continued caption:

**Listing of Defendant Names:**

Dennis Ferguson

Jamye Ferguson

Lee Ferguson

Sondra Ferguson

Anthony Ficker

Kristi Ficker

Diane Lynn Fielitz

Lynn Richard Fielitz

Aria Finch

Bob Finch

First American Trust FSB, As Trustee

First Assembly of God

Kenneth Fladager

Valerie Fladager

Judith Forbes - Trustee

Charles Frank

Susan Frank

Dorothy Estate of Freebairn

Joanne French

Jennette Garcia

Jonathan Garcia

Kevin Gibson

James Gilliam

Peggy Gilliam

Frances Gillison - Trustee

continued caption:

**Listing of Defendant Names:**

William Gillison - Trustee

Connie Gilman

Craig Gleason

Karen Glidewell

James Glidwell

Jan Glogovsky

Ron Glogovsky

Jeri Graham

Josh Graham

Stephanie Granfors

Steve Greeley

Steve Greeley

Teresa Greeley

Teresa Greeley

Pamela Greene

Michael Griego

Heather Grills - Trustee

Heather Grills - Trustee

Jeffrey Grills - Trustee

Jeffrey Grills - Trustee

Lori Griswold

Gary Guilbert

Nancy Hadley

Robert Hadley

Cheryl Haga

DRYDEN; LYNN DUNNING; PAMELA DUYS; LAURA EDLIN; JEFFREY EDWARDS; JOHN EICHLER; JOYCE EICHLER; R. ELLIS, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES; JANET ENGE; RONALD ENGE; EMILIE ERVIN; JUDE ERVIN; NORMA ESPARZA; JOHNY FARRIS; VICKIE FARRIS; DENNIS FERGUSON; JAMYE FERGUSON; LEE FERGUSON; SONDRA FERGUSON; ANTHONY FICKER; KRISTI FICKER; DIANE LYNN FIELITZ; LYNN RICHARD FIELITZ; ARIA FINCH; BOB FINCH; KENNETH FLADAGER; VALERIE FLADAGER; JUDITH FORBES, TRUSTEE; CHARLES FRANK; SUSAN FRANK; DOROTHY FREEBAIRN, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; JOANNE FRENCH; JENNETTE GARCIA; JONATHAN GARCIA; KEVIN GIBSON; JAMES GILLIAM; PEGGY GILLIAM; FRANCES GILLISON, TRUSTEE; WILLIAM GILLISON, TRUSTEE; CONNIE GILMAN; CRAIG GLEASON; KAREN GLIDEWELL; JAMES GLIDWELL; JAN GLOGOVSKY; RON GLOGOVSKY; JERI GRAHAM; JOSH GRAHAM; STEPHANIE GRANFORS; STEVE GREELEY; TERESA GREELEY; PAMELA GREENE; MICHAEL GRIEGO; HEATHER GRILLS, AS TRUSTEE OF THE JEFFREY D GRILLS AND HATHER H GRILLS JOINT LIVING TRUST DATED 7/24/2000 RESTATED 6/7/2019; JEFFREY GRILLS, AS TRUSTEE OF THE JEFFREY D GRILLS AND HATHER H GRILLS JOINT LIVING TRUST DATED 7/24/2000 RESTATED 6/7/2019; LORI GRISWOLD; GARY GUILBERT; NANCY HADLEY;



1612048758.3

Case:26-01168-TBM Doc#:8 Filed:07/16/26 Entered:07/16/26 16:02:37 Page4 of 22

ROBERT HADLEY; CHERYL HAGA; GARY HAGA, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES; ALBINA HALL; JESS HANNA, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; MIRIAM HANNA, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; DON HARLAN; POULSON HARLAND, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES; BARBARA HARRIS; RALPH HARRIS; JOSEPH LEE HAWKINS; JAMIE HAWORTH; RYAN HAWORTH; SAMUEL HAWTHORNE; LINDA FISH HENDRICK; OLIVER RAY HENDRICK, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES; CARY HENDRICKS; TAYLOR HENDRICKSON EST; STEVEN HENSLEY; TIMOTHY HJELSTROM; SUSAN HOFFMEYER; LYNDA HOLDING; WARREN HOLLIS; LINDA HOLLIS, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; BENJAMIN HOLT; DIXIE HOOVER; E HOOVER; KENNETH HOPE; SANDRA HOPE; BRIAN HORNER; JAN HOUCK; GRACE HOUSER; ADDIE HOWSLEY, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; ANDREW HOWSLEY, DECEASED, BY KRIS HOWSLEY KING AS EXECUTOR; ANDREW HOWSLEY, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES; KATHY HUBBART; MARY HURST; VERONICA HUSKIN; CHRISTA HUYCK; RONALD HUYCK; HEATHER IANNELLO; CARMEN ILTON; KATHY LEE INDERMILL; REBECCA INTERIAN; BARBARA JACKSON;

continued caption:
**Listing of Defendant Names:**

Dennis Ferguson

Jamye Ferguson

Lee Ferguson

Sondra Ferguson

Anthony Ficker

Kristi Ficker

Diane Lynn Fielitz

Lynn Richard Fielitz

Aria Finch

Bob Finch

First American Trust FSB, As Trustee

First Assembly of God

Kenneth Fladager

Valerie Fladager

Judith Forbes - Trustee

Charles Frank

Susan Frank

Dorothy Estate of Freebairn

Joanne French

Jennette Garcia

Jonathan Garcia

Kevin Gibson

James Gilliam

Peggy Gilliam

Frances Gillison - Trustee

continued caption:
**Listing of Defendant Names:**

William Gillison - Trustee

Connie Gilman

Craig Gleason

Karen Glidewell

James Glidwell

Jan Glogovsky

Ron Glogovsky

Jeri Graham

Josh Graham

Stephanie Granfors

Steve Greeley

Steve Greeley

Teresa Greeley

Teresa Greeley

Pamela Greene

Michael Griego

Heather Grills - Trustee

Heather Grills - Trustee

Jeffrey Grills - Trustee

Jeffrey Grills - Trustee

Lori Griswold

Gary Guilbert

Nancy Hadley

Robert Hadley

Cheryl Haga

LARRY DEES; NORMA DEES; JOANNE DENTON; ROBERT DENTON; LOUIS DEPAULI; JOSEPHINE DERRYBERRY; NORMAN DERRYBERRY; ROBERT DERRYBERRY; SHARON DETERDING, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; ;PATRICK DEWEY; ;DOUGLAS DIPAOLO; TERESA DIPAOLO; HOWARD DOLD; GINE DONOGHUE; JAMES DONOGHUE; TERENCE DOUB; ;LARRY DOWTY; RITA DOWTY; BRENDA DRAPE; TOM DRAPE; DON DUNCAN; MATTHEW DUNCAN; WHITNEY DUNCAN; PATRICIA KAY DUNCAN, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; MICHELLE EDWARDS; PAUL EDWARDS; DAVID EHRHART; HANS EILERS; ;LARS EILERS; ;LISA MICHELE AUTREY EILERS; ;LYNLEY EILERS; ;JUDY EINSPAHR; ORIN EINSPAHR, TRUSTEE; FRED ELLIS; JOELINE EMRICK; RONALD EMRICK; LINDA ENGLES; HEATHER MARIE EPSTEIN; ELLEN ESTES; RONALD ESTES; DEBRA EWER; STEPHEN EWER; MICHAEL FANNING; CHRISTOPHER FASCITELLI; MICHELLE FASCITELLI-RUTH; MARLENE FENDER; RANDY FENDER; PARKS FIELDS; ARIA FINCH; BOB FINCH; J FINNEGAN; J P FINNEGAN; MARY ELLEN FORBES; PATRICK FORBES; CHARLES FORSYTH; KATHRYN FOX; ;;LINDA KAY FRANCIS, AS TRUSTEE OF THE FORBES LIVING TRUST; ALLAN DEAN FRANDSEN; LENNET FROELICH; RANDOLPH FROELICH; VALERIE FROST, AS TRUSTEE OF THE VALERIE H FROST REVOCABLE LIVING TRUST DATED 5/7/2020; MELISSA DAWN FUTRELL;

Case:26-01170-TBM Doc#:8 Filed:07/16/26 Entered:07/16/26 16:18:14 Page4 of 29

HOLCOMB CAUSEY; JEAN CERAMI; LORRAINE CESARE; EDWARD CHACON; ILIANA CHACON; FREDERICK CHAPMAN; SANDRA CHAPMAN; CHRIS CHAPPELL; SHALONDA VESSEL CHAPPELL; DENISE CHESNE; DONALD CHIAPPETTA; MANDY CHIAPPETTA; JAMES CHILDS; MARIA CHILDS; CHERYL CHIN; TIM CHIN; JEFFREY CHISHAM; NANCY CHISHAM; HAROLD CHRISTENSEN; ;BOYD CHRISTENSEN, AS TRUSTEE OF THE CHRISTENSEN FAMILY TRUST DATED 9/7/1992 AS AMENDED AND RESTATED ON 8/27/2015; SUSAN CHRISTENSEN, AS TRUSTEE OF THE CHRISTENSEN FAMILY TRUST DATED 9/7/1992 AS AMENDED AND RESTATED ON 8/27/2015; NANELL LYN CLARK; CLEMENTS LOANS AND REAL ESTATE INC; AMY COFFEY; ARA COLE; BRUCE COLE; ROGER COLLIER; SUSAN COLLIER; PAULA COLYER; JAMES COMPTON; ANITA PATTERSON CONWAY; JOSEPH CONWAY; LYNN COOK; LANCE COONROD; SARA COONROD; NANCY CRAMER; DAVID CRIMIN; ROCHELLE CRIMIN; DUANE CRIMIN, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES; JAMES CROSHAL; KATHLEEN CROSHAL; LESLIE CURRAN; CWH RESEARCH INC; BEVERLY DALE; THERESA DALTON; VENKATA DARBHA; JULIE CRIMIN DAVIES; HEATHER DAVIS; JOEL DAVIS; PATRICIA DAVIS; RONALD DAVIS; STEPHEN DAVIS; TIMOTHY DAVIS; STEPHEN DAVIS, MATTHEW DAVIS AS POA; KERRY DAVISON; B J DEAN; DENICE DECKER; MICHAEL DECKER;

continued caption:
**Listing of Defendant Names:**

Tricia Zellman Beevers

Christopher Bemus

Kelly Bemus

Estate of Shirley Bengston

Star Bengston - Executor

Estate of Wayne Bengston

Christine Marie Berkley

Royce Berkley

Geoffrey Beserra

Madeleine Beserra

Debra Birkhauser

Kathy Blocker

Bob Finch

Delbert Bodeker

Mary Ann Bodeker

Catherine Bollacker

Jay Bollacker

John Bone

Myra Bone

Debra Boring

Don Boring

Shawn Box

Tiffany Box

Estate of Anthony Bradley

Jeffrey Bradley

continued caption:
**Listing of Defendant Names:**

Rosalie Ann Astran

Amanda Atchley

Jolynn Atkinson

Leonard Atkinson

Beverly Attema

Cornelius Attema

Dennis Austin

Carol Auten

Dennis Avery

Dorothy Avery

Thomas Baker

Victoria Bal

Emily Kay Baron

Peter Bartlett

Judy Batschi

Matthew Batschi

Jeffrey Bayer

Sylvia Bayer

Michael Bea

Kenneth Beale

Estate of Catherine Beard

Estate of James Beard

Darsi Beasley

John Beasley

Velma Beeghly

Case:26-01170-TBM Doc#:8 Filed:07/16/26 Entered:07/16/26 16:18:14 Page5 of 29

Village Point Property Owners Association, Inc.

LARRY DEES; NORMA DEES; JOANNE DENTON; ROBERT DENTON; LOUIS DEPAULI; JOSEPHINE DERRYBERRY; NORMAN DERRYBERRY; ROBERT DERRYBERRY; SHARON DETERDING, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; ;PATRICK DEWEY; ;DOUGLAS DIPAOLO; TERESA DIPAOLO; HOWARD DOLD; GINE DONOGHUE; JAMES DONOGHUE; TERENCE DOUB; ;LARRY DOWTY; RITA DOWTY; BRENDA DRAPE; TOM DRAPE; DON DUNCAN; MATTHEW DUNCAN; WHITNEY DUNCAN; PATRICIA KAY DUNCAN, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES; MICHELLE EDWARDS; PAUL EDWARDS; DAVID EHRHART; HANS EILERS; ;LARS EILERS; ;LISA MICHELE AUTREY EILERS; ;LYNLEY EILERS; ;JUDY EINSPAHR; ORIN EINSPAHR, TRUSTEE; FRED ELLIS; JOELINE EMRICK; RONALD EMRICK; LINDA ENGLES; HEATHER MARIE EPSTEIN; ELLEN ESTES; RONALD ESTES; DEBRA EWER; STEPHEN EWER; MICHAEL FANNING; CHRISTOPHER FASCITELLI; MICHELLE FASCITELLI-RUTH; MARLENE FENDER; RANDY FENDER; PARKS FIELDS; ARIA FINCH; BOB FINCH; J FINNEGAN; J P FINNEGAN; MARY ELLEN FORBES; PATRICK FORBES; CHARLES FORSYTH; KATHRYN FOX; ;;LINDA KAY FRANCIS, AS TRUSTEE OF THE FORBES LIVING TRUST; ALLAN DEAN FRANDSEN; LENNET FROELICH; RANDOLPH FROELICH; VALERIE FROST, AS TRUSTEE OF THE VALERIE H FROST REVOCABLE LIVING TRUST DATED 5/7/2020; MELISSA DAWN FUTRELL;

HOLCOMB CAUSEY; JEAN CERAMI; LORRAINE CESARE; EDWARD CHACON; ILIANA CHACON; FREDERICK CHAPMAN; SANDRA CHAPMAN; CHRIS CHAPPELL; SHALONDA VESSEL CHAPPELL; DENISE CHESNE; DONALD CHIAPPETTA; MANDY CHIAPPETTA; JAMES CHILDS; MARIA CHILDS; CHERYL CHIN; TIM CHIN; JEFFREY CHISHAM; NANCY CHISHAM; HAROLD CHRISTENSEN; ;BOYD CHRISTENSEN, AS TRUSTEE OF THE CHRISTENSEN FAMILY TRUST DATED 9/7/1992 AS AMENDED AND RESTATED ON 8/27/2015; SUSAN CHRISTENSEN, AS TRUSTEE OF THE CHRISTENSEN FAMILY TRUST DATED 9/7/1992 AS AMENDED AND RESTATED ON 8/27/2015; NANELL LYN CLARK; CLEMENTS LOANS AND REAL ESTATE INC; AMY COFFEY; ARA COLE; BRUCE COLE; ROGER COLLIER; SUSAN COLLIER; PAULA COLYER; JAMES COMPTON; ANITA PATTERSON CONWAY; JOSEPH CONWAY; LYNN COOK; LANCE COONROD; SARA COONROD; NANCY CRAMER; DAVID CRIMIN; ROCHELLE CRIMIN; DUANE CRIMIN, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES; JAMES CROSHAL; KATHLEEN CROSHAL; LESLIE CURRAN; CWH RESEARCH INC; BEVERLY DALE; THERESA DALTON; VENKATA DARBHA; JULIE CRIMIN DAVIES; HEATHER DAVIS; JOEL DAVIS; PATRICIA DAVIS; RONALD DAVIS; STEPHEN DAVIS; TIMOTHY DAVIS; STEPHEN DAVIS, MATTHEW DAVIS AS POA; KERRY DAVISON; B J DEAN; DENICE DECKER; MICHAEL DECKER;