# U.S. Bankruptcy Court

**District of Colorado**

| | | |
|---|---|---|
| In re: | MASTERS PLACE CONDOMINIUMS PROPERTY OWNERS ASSOCIATION, INC.<br><br>**Debtor(s)** | **Case No:** 26-10313 TBM |
| | MASTERS PLACE CONDOMINIUMS PROPERTY OWNERS ASSOCIATION, INC.<br><br>**Plaintiff** | **Adv. Proc. No.** 26-1169 TBM |
| v. | FIRST AMERICAN TRUST FSB, AS TRUSTEE, ET AL.<br><br>**Defendant** | |

***ALIAS SUMMONS IN AN ADVERSARY PROCEEDING***

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| *Address of Clerk* |
|---|
| *Clerk, U.S. Bankruptcy Court*<br>*District of Colorado*<br>*721 19th St.*<br>*Denver, CO 80202-2508* |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| *Name and Address of Plaintiff's Attorney* | | |
|---|---|---|
| *Kevin S. Neiman* | *Brandy Sargent* | *Daniel Eliades* |
| *Law Offices of Kevin S. Neiman, P.C.* | *K&L Gates LLP* | *K&L Gates LLP* |
| *PO Box 100455* | *One SW Columbia St., Ste. 1900* | *One Newark Ctr, 10th Fl.* |
| *Denver, CO 80250* | *Portland, OR 97204* | *Newark, New Jersey 07102* |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

U.S. BANKRUPTCY COURT * SEAL * DISTRICT OF COLORADO

**Kenneth S. Gardner, Clerk**

**Date Issued**

September 18, **2026**

continued caption:

**Listing of Defendant Names:**

Acevedo, Sixto Rafael

Aronson, Daniel

Berger, Barbara

Braaten, Rebecca

Converse, Debra Brown

Cottos, Timothy

Day, Donna

Day, Ross

Diehl, Anthony

Dupont, Charles

Giles, Brenda

Hayes, Teresa

Hindsley, Donald

Hunt, Patricia

Jenkins, Bruce Sr, Deceased, His Devisees and Personal Representatives

Koops, Janet

Lester, Vicky

Lewey, Carrie

Martin, Shanda Samelia

Mathiews, Jeff

McClellan, Susan

Merritt, Patricia C.

Moore, Kristi

Myers Sporting and Supply

Newsome, Donald

Pomeroy, Carol

Rivera, Brenda

Small, Daniel

Vasquez, Dolores

Weeden, Cara

Willstead, Tammy

and, Supply Myers Sporting
a/k/a Myers Sporting & Supply LLC

Finley Motors Inc.

Partnership, HPJ Family Ltd.
a/k/a HPJ Family Partnership Ltd.

Royal Development Inc.

Wilrose Corporation
a/k/a Wilrose Inc.